In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the LEXINGTON SURETY AND INDEMNITY COMPANY.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant; GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent.

Submitted March 15, 1937; decided March 23, 1937.

Motion for reargument or to amend the remittitur denied, without costs. The question of preference was not before the court for decision. (See 272 N. Y. 210.)